

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 8, 2025**

_____
**United States Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.: 25-41668-elm7 |
| DIGITAL SEAT MEDIA, INC. | § | |
| | § | In Proceedings Under Chapter 7 |
| Debtor. | § | |

**ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. §365(d)(1)
FOR THE EXTENSION OF TIME PERIOD WITHIN WHICH
TRUSTEE MAY ASSUME OR REJECT EXECUTORY CONTRACTS**
**[Refers to Docket No. 16]**

Came on for Consideration the *Motion Pursuant to 11 U.S. C. §365(d)(1) for the Extension of Time Period Within Which Trustee May Assume or Reject Executory Contracts* [Docket No. 16] (the "Motion")[1] filed by Shawn K. Brown, Chapter 7 Trustee ("Trustee"). The Court finds jurisdiction over the subject matter and parties, notice of the Motion was adequate

---

[1] Capitalized terms not defined herein shall have the meaning given such terms in the Motion.

under the circumstances and the relief requested by the Trustee is in order and should be approved. It is hereby **ORDERED** that:

1. The Motion is hereby granted.

2. The Assumption/Rejection Deadline by which the Executory Contracts may be assumed or rejected is hereby extended 63 days through and including September 8, 2025.

3. This Court hereby retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

### End of Order ###

Prepared by:

J. Mark Chevallier
State Bar No. 04189170
Michael T. Pipkin
State Bar No. 24122988
ROCHELLE MCCULLOUGH, LLP
901 Main Street
Suite 3200
Dallas, Texas 75202
Telephone: (214) 953-0182
Facsimile: (888) 467-5979
mchevallier@romclaw.com
mpipkin@romclaw.com

**PROPOSED GENERAL COUNSEL FOR
SHAWN K. BROWN, CHAPTER 7 TRUSTEE**